United States District Court
Southern District of Texas

**ENTERED**

March 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| MATTHEW ALLEN, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | 3:25-cv-00164 |
| | § | |
| FREEDOM FOREVER TEXAS LLC, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On January 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 28. Judge Edison filed a memorandum and recommendation on February 10, 2026, recommending that Defendant Vivint, LLC's motion to dismiss (Dkt. 24) be granted as to Plaintiffs' claims for breach of contract, fraudulent lien, and fraud, and denied in all other respects. Dkt. 29.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)    Judge Edison's memorandum and recommendation (Dkt. 29) is approved and adopted in its entirety as the holding of the court; and

(2)    Vivint's motion to dismiss (Dkt. 24) is granted as to Plaintiff's breach of contract, fraudulent lien, and fraud claims, and denied in all other respects.

SIGNED on Galveston Island this 10th day of March 2026.

                            _____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2